# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

v.

**DAVID DAVIS**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:18-mj-00275

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Count One: On or about March 17, 2018, within the Southern District of Indiana, DAVID DAVIS, the defendant herein, having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit: Possession of Methamphetamine, in Marion County (Indiana) Superior Court, on or about October 20, 2015 (Cause #49G14-1504-F6-013726), and Theft in Marion County (Indiana) Superior Court, on or about November 2, 2006 (Cause #49F09-0606-FD-108917), did, on or about November 2, 2006, knowingly possess a firearm, to wit: AMT .380 caliber pistol, bearing serial number J60056, in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

**Continued on the attached sheet and made a part hereof.**

_____
Special Agent Todd Bevington, ATF

Sworn to before me, and subscribed in my presence

March 22, 2018                                    at   Indianapolis, Indiana
**Date**

Debra McVicker Lynch, U.S. Magistrate Judge                _____
**Name and Title of Judicial Officer**                      **Signature of Judicial Officer**

# AFFIDAVIT IN SUPPORT OF
# APPLICATION FOR CRIMINAL COMPLAINT

1. I, Todd J. Bevington, am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since December of 2013. Prior to ATF, I was a police officer and detective with the Richmond, Virginia, Police Department for over thirteen years. I graduated from the Federal Law Enforcement Training Center and am currently assigned to the ATF-Indianapolis Field Office. I have participated in numerous state and federal firearms and narcotics investigations. The information contained in the below numbered paragraphs is either personally known to me or told to me by other law enforcement officers.

2. On March 17, 2018, at approximately 5:20 p.m., Indianapolis Metropolitan Police Department (IMPD) officers stopped a vehicle driven by David DAVIS (W/M, DOB XX/XX/1979) for failing to utilize a turn signal. The traffic stop occurred in the 1000 block of South Reisner Street, Indianapolis, Indiana (within the Southern District of Indiana). There were two other occupants in the vehicle with DAVIS.

3. Officers smelled the odor of marijuana coming from inside the vehicle and detained DAVIS and the other two occupants. Officers determined DAVIS had a suspended driver's license and the vehicle he was driving was reported stolen. Officers advised DAVIS and the other occupants of their Miranda warnings.

4. After verifying the vehicle was stolen, officers conducted a search of the vehicle. Officers located a loaded AMT .380 caliber pistol, bearing serial number J60056, between the driver's seat and the center console. Officers also located a small quantity of methamphetamine inside the vehicle.

5. DAVIS told officers that the firearm belonged to him and that his fingerprints and DNA would be recovered on the firearm.

6. A review of DAVIS' criminal history shows that DAVIS has sustained felony convictions (punishable by more than one year imprisonment) in the State of Indiana, including: a conviction for possession of methamphetamine, in Marion County (Indiana) Superior Court, on or about October 20, 2015 (Cause #49G14-1504-F6-013726), and a conviction for theft in Marion County (Indiana) Superior Court, on or about November 2, 2006 (Cause #49F09-0606-FD-108917).

7. Based on my training and experience, the .380 caliber AMT pistol described above was not manufactured in the State of Indiana and therefore had traveled in interstate commerce prior to DAVIS' possession of it.

## Conclusion

8. Based on the facts set forth in this affidavit, I submit that probable cause exists to believe that on March 17, 2018, in the Southern District of Indiana, David DAVIS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly

possess a firearm, said firearm having been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

_____
Special Agent Todd Bevington, ATF

Sworn to and subscribed to before me this 22nd day of March 2018.

_____
The Honorable Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

3